# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH KAMYAB, | NO. CV 08-5557 GAF (FMO) |
| Petitioner, | |
| v. | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, respondent's Objections to the Report and Recommendation and petitioner's Objections to the Report and Recommendation. Having made a de novo determination of the portions of the Report and Recommendation to which respondent's Objections and petitioner's Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: May 29, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE